United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| JUAN DANIEL ARTEAGA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00097 |
| | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, DIRECTOR, and | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. No. 23).

Respondents are **ORDERED** to file a response to the motion **by April 14, 2026, at 5:00 p.m.**

It is so **ORDERED**.

**SIGNED** on April 7, 2026.

_____
John A. Kazen
United States District Judge