United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

JUAN DANIEL ARTEAGA, §
*Petitioner,* §
§
v. § Civil No. 5:26-cv-00097
§
ATTORNEY GENERAL OF THE §
UNITED STATES, §
DIRECTOR, §
and DEPARTMENT OF HOMELAND §
SECURITY, §
*Respondent.* §

# ORDER

Pursuant to the Court's Order, Respondents filed their response to Petitioner's Motion for Temporary Restraining Order on April 14, 2026. Dkt. No. 25. Petitioner has filed no reply, nor made any other filings in this case to date. Accordingly, the Parties are **ORDERED** to file an advisory notifying the Court of Petitioner's custodial status by **August 11, 2026**. Petitioner is **WARNED** that failure to advise the Court may result in dismissal of the case for want of prosecution. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED

Signed this August 4, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge